UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) | ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES PRACTICES AND | ) | MDL No. 2100 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| _____ | | ORDER |

**This Document Relates to:**

**Craig et al v. Bayer Healthcare Pharmauceuticals, Inc. et al. No. 3:10-cv-10531-DRH-PMF**[1]

**Jackson v. Bayer Corporation et al. No. 3:10-cv-20235**

**Wilson v. Bayer Healthcare Pharmauceuticals, Inc. et al. No. 3:10-cv-10750-DRH-PMF**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

   This matter is before the Court on Defendant Bayer HealthCare Pharmaceuticals Inc.'s ("Bayer") motion to show cause why plaintiffs' claims should not be dismissed without prejudice.  To date, Plaintiffs have not responded to Bayer's motion.

   In each of the above captioned cases the Court granted a motion to withdraw filed by each Plaintiff's counsel (Craig DOC. 7 (10/29/10); Jackson DOC. 14 (9/21/10); Wilson DOC. 7 (10/18/10)).  Local Rule 83.1(g)(2) mandates that, within 21 days of the entry of the order of withdrawal, the party or her new

---

[1] This Order applies to Plaintiff Joan Lategano

counsel file a supplementary appearance. To date, none of the Plaintiffs in the above captioned actions have filed a supplementary appearance.

The Court also notes that an additional complication is present in the above captioned cases relating to Case Management Order Number 12 ("CMO 12"). Under Section C of CMO 12, each Plaintiff is required to serve Defendants with a completed Plaintiff Fact Sheet ("PFS"). Section B of CMO 12 further provides that a completed PFS is due "45 days from the date of service of the first answer to her Complaint or the docketing of her case in this MDL, or 45 days from the date of this Order, whichever is later." In the above captioned cases, answers were served (Craig Doc. 4 (08/03/2010); Jackson Doc. 10 (06/24/2010); Wilson Doc. 4 (09/01/2010)). Thus, in each of the above captioned cases the original deadline for serving a completed PFS has passed.

The orders granting withdrawal, however, gave Plaintiffs "45 days from the entry of her or her new counsel's appearance" to submit a completed Plaintiff Fact Sheet (Craig DOC. 7; Jackson Doc. 14; Wilson Doc. 7). Accordingly, in the above captioned cases, Plaintiffs' failure to enter an appearance is particularly prejudicial to Bayer.

Pursuant to Federal Rule of Civil Procedure 41(b), a complaint may be involuntarily dismissed where a Plaintiff fails to prosecute or to comply with the rules or a court order. *See* Fed. R. Civ. P. 41(b). In the above captioned cases, Plaintiffs have failed to comply with this Court's Order of Withdrawal and

with local rule 83.1(g).  This is particularly problematic in light of the outstanding PFS submissions.  Accordingly, for the reasons stated herein, the Court **ORDERS** as follows:

The Court will grant Plaintiffs one final opportunity to demonstrate some interest in the further prosecution of their claims.  Plaintiffs are hereby given until **December 17, 2010, to file an appearance as required by local rule 83.1(g).  If Plaintiffs fail to file an entry of appearance by this deadline, Plaintiffs' cases will be dismissed without prejudice pursuant to Rule 41(b)**.

**SO ORDERED**

David R. Herndon
2010.12.10
14:54:09 -06'00'

**Chief Judge**                                                                  Date: December 10, 2010
**United States District Court**